UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THOMAS CRAAYBEEK,<br>Plaintiff. | Case No. 23-cv-00361-PJH<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a Texas state prisoner proceeding pro se, filed a civil action. Plaintiff was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was provided twenty-eight days to correct these deficiencies. More than twenty-eight days has passed, and plaintiff has not paid the fee or filed a complete application to proceed IFP. The case is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated: March 27, 2023

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge